```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARLTON DOUGLAS, et al.,                    :
                                            :       ORDER
                Plaintiffs,                 :       18 Civ. 5789 (GWG)
                                            :
    -v.-
                                            :
ANTHEM PRODUCTIONS, LLC, et al.,
                                            :
                Defendants.                 :
-------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The deadline for all discovery to be completed having expired in this matter, it is hereby ORDERED that any letter requesting permission to make a summary judgment or any other dispositive motion shall be filed on or before January 10, 2020.

SO ORDERED.

Dated: January 2, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge