UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON DOUGLAS, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiffs,

-against-

ANTHEM PRODUCTIONS, LLC d/b/a ANTHEM SOUND, STAGE, AND LIGHTING, and ADVANCED AUDIO TECHNOLOGY, LLC d/b/a ANTHEM SSL, and EVAGGELOS POULOS a/k/a ANGELO POULOS, individually, and JOSEPH LODI, individually, and JASON OJEDA, individually,

                Defendants.

Docket No.: 18-cv-5789-GWG

NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT AS TO DEFENDANTS ANTHEM PRODUCTIONS, LLC, ADVANCED AUDIO TECHNOLOGY, LLC, EVAGGELOS POULOS, AND JOSEPH LODI

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), named-Plaintiff Carlton Douglas, and opt-in Plaintiffs Antonyio Brown and Doreen Rodriguez (collective as "Plaintiffs"), hereby accept the Fed. R. Civ. P. 68 Offer of Judgment as to all their claims against Defendants Anthem Productions, LLC, Advanced Audio Technology, LLC, Evaggelos Poulos, and Joseph Lodi, in this action in the amount of Sixteen Thousand Dollars and 00/100 ($16,000.00), **<u>exclusive</u>** of attorneys' fees and costs, attached hereto as Exhibit A.

Pursuant to Fed. R. Civ. P. 54(d) and by the Court's Order dated January 13, 2020, Plaintiffs' application for attorneys' fees and costs shall be submitted no later than February 10, 2020.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 68 and *Yu v. Hasaki Rest., Inc.*, __ F.3d __, 2019 WL 6646618, at *1 (2d Cir. 2019), that notice of this acceptance has been served and that this filing, along with proof of that service, shall be deemed acceptance of the Rule 68 offer and the clerk must enter judgment thereof.

Dated: New York, New York
January 20, 2020

                           Respectfully submitted,

                           BORRELLI & ASSOCIATES, P.L.L.C.
                           *Attorneys for Plaintiffs*
                           655 Third Avenue, Suite 1821
                           New York, New York 10017
                           Tel. (212) 679-5000
                           Fax. (212) 679-5005

By: _____
       JEFFREY R. MAGUIRE

## CERTIFICATE OF SERVICE

    I, Jeffrey R. Maguire, Esq., hereby certify that on this date, January 20, 2020, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment*, dated January 20, 2020, was mailed via electronic mail to the following:

David Schrader, Esq.
Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Floor
New York, New York 10017
(347) 879-2345
dschrader@pka-law.com

Jason Canales
Canales PLLC
7 Penn Plaza, Suite 914
New York, New York 10001
(212) 433-0392
jason@canalespllc.com

                                                                _____
                                                                  JEFFREY R. MAGUIRE, ESQ.