UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLTON DOUGLAS, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiffs,

-against-

ANTHEM PRODUCTIONS, LLC d/b/a ANTHEM SOUND, STAGE, AND LIGHTING, and ADVANCED AUDIO TECHNOLOGY, LLC d/b/a ANTHEM SSL, and EVAGGELOS POULOS a/k/a ANGELO POULOS, individually, and JOSEPH LODI, individually, and JASON OJEDA, individually,

                Defendants.

Docket No.: 18-cv-5789-GWG

**[PROPOSED]
JUDGMENT**

---

      **WHEREAS**, on January 7, 2020, Defendants Anthem Productions, LLC, Advanced Audio Technology, LLC, Evaggelos Poulos, and Joseph Lodi, having offered named-Plaintiff Carlton Douglas, and opt-in Plaintiffs Antonyio Brown and Doreen Rodriguez ("Plaintiffs"), to take a judgment against them in this action pursuant to Federal Rule of Civil Procedure 68 in the amount of SixteenThousand Dollars and Zero Cents ($16,000.00), **<u>exclusive</u>** of attorneys' fees and costs; and

      **WHEREAS,** on January 20, 2020, Plaintiffs filed their Notice of Acceptance of this offer; it is

      **HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") in favor of named-Plaintiff Carlton Douglas, and opt-in Plaintiffs Antonyio Brown and Doreen Rodriguez, as against Defendants Anthem Productions, LLC, Advanced Audio Technology, LLC, Evaggelos Poulos, and Joseph Lodi, jointly and severally, for Sixteen Thousand Dollars and Zero Cents ($16,000.00), exclusive of

attorneys' fees and costs.

Pursuant to Fed. R. Civ. P. 54(d) and by the Court's Order dated January 13, 2020, Plaintiffs' application for attorneys' fees and costs shall be submitted no later than February 10, 2020.

SO ORDERED, on the _____ day of _____, 2020, New York, New York:

_____
The Honorable Gabriel W. Gorenstein, U.S.M.J.