UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CARLTON DOUGLAS, on behalf of himself,
individually, and on behalf of all others similarly-situated,

Plaintiffs,

-against-

ANTHEM PRODUCTIONS, LLC d/b/a ANTHEM
SOUND, STAGE, AND LIGHTING, and ADVANCED
AUDIO TECHNOLOGY, LLC d/b/a ANTHEM SSL, and
EVAGGELOS POULOS a/k/a ANGELO POULOS,
individually, and JOSEPH LODI, individually,
and JASON OJEDA, individually,

Defendants.

**Docket No.: 18-cv-5789-GWG**

~~[PROPOSED]~~
**JUDGMENT**

**WHEREAS**, on January 7, 2020, Defendants Anthem Productions, LLC, Advanced Audio

Technology, LLC, Evaggelos Poulos, and Joseph Lodi, having offered named-Plaintiff Carlton

Douglas, and opt-in Plaintiffs Antonyio Brown and Doreen Rodriguez ("Plaintiffs"), to take a

judgment against them in this action pursuant to <u>Federal Rule of Civil Procedure 68</u> in the amount

of SixteenThousand Dollars and Zero Cents (\$16,000.00), **exclusive** of attorneys' fees and costs; and

**WHEREAS,** on January 20, 2020, Plaintiffs filed their Notice of Acceptance of this offer;

it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to

Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") in favor of named-Plaintiff

Carlton Douglas, and opt-in Plaintiffs Antonyio Brown and Doreen Rodriguez, as against

Defendants Anthem Productions, LLC, Advanced Audio Technology, LLC, Evaggelos Poulos,

and Joseph Lodi, jointly and severally, for Sixteen Thousand Dollars and Zero Cents (\$16,000.00),

exclusive of

1

attorneys' fees and costs.

Pursuant to Fed. R. Civ. P. 54(d) and by the Court's Order dated January 13, 2020, Plaintiffs' application for attorneys' fees and costs shall be submitted no later than February 10, 2020.

SO ORDERED, on the 24th day of January, 2020, New York, New York:

The Honorable Gabriel W. Gorenstein, U.S.M.J.

2