UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARLTON DOUGLAS, et al.,                              :
                                                      :    ORDER OF DISCONTINUANCE
      Plaintiffs,                                     :    18 Civ. 5789 (GWG)
                                                      :
      -v.-                                            :
                                                      :
ANTHEM PRODUCTIONS, LLC, et al.,                      :
                                                      :
      Defendants.                                     :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      This case contains claims under the Fair Labor Standards Act. On December 5, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). (Docket # 57). In a filing dated March 13, 2020 (Docket # 71), the parties have submitted their proposed settlement agreement as between all plaintiffs and defendant Jason Ojeda. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

      Accordingly, this action is dismissed as against defendant Jason Ojeda with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

      The Clerk is requested to close the case.

      SO ORDERED.

Dated: May 26, 2020
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge